IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:11CR89 |
| | ) | |
| v. | ) | |
| | ) | |
| JESSE M. HARMON, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter is before the court on defendant Jesse M. Harmon's (Harmon) motion to suppress (Filing No. 17) and motion to delay briefing until after an evidentiary hearing (Filing No. 16). The motion to suppress will be set for an evidentiary hearing and the motion to delay briefing will be denied.

IT IS ORDERED:

1. Harmon's motion to suppress (Filing No. 17) is scheduled for hearing before the undersigned magistrate judge **at 10:00 a.m. on June 16, 2011**, in Courtroom No. 7, Second Floor, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

2. Harmon's motion to delay briefing (Filing No. 16) is denied. Harmon shall file his brief on or before May 31, 2011, and shall file an Index with a coy of the search warrant challenged. Further Harmon shall set forth in his brief the nature and circumstances of the interrogation of Harmon which he seeks suppressed. The government shall have to on or before June 10, 2011, in which to file a response.

DATED this 3rd day of May, 2011.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge