IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO.   8:11CR89** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **JESSE HARMON,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's letter dated May 6, 2013, construed by the Clerk as a motion for copies (Filing No. 59) and a motion for extension of time to file an appeal (Filing No. 59 PART 2), and the Defendant's Application to Proceed without Payment of Fees and Affidavit (Filing No. 60).

IT IS ORDERED:

1. The Defendant's letter (Filing No. 59) in which he gives notice of his intent to file an appeal pro se is construed as a Notice of Appeal, and that portion of the letter (PART 2 of Filing 59) construed as a motion for extension of time to file an appeal is denied as moot. That part of Filing No. 59 construed as a motion for copies is granted in part, and the Clerk will send copies of the following documents to the Defendant at his last known address: the Court's Docket Sheet, Indictment, Plea Agreement, Plea Petition, Plea Transcript, Presentence Investigation Report, Sentencing Recommendation, Judgment, and Statement of Reasons;

2. The Defendant's Motion for Leave to Proceed in Forma Pauperis (Filing No. 60) is granted;

3. No certificate of appealability will be issued; and

4. The Clerk is directed to mail a copy of this Order to the Defendant at his last known address.

DATED this 17th day of May, 2013.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge